UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - Detroit

In re:

Theodore G. Apostoleris, II          Chapter 13
         Case No. 12-44655
         Hon. MARCI B. MCIVOR

        Debtor.
_____/

## RESPONSE TO TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS

Debtor(s), by and through his attorney, Gold, Lange & Majoros, PC, state as follows in response to Trustee's Objection to the Debtor's Claimed Exemptions:

1. Denied as debtor's non-filing spouse is not a joint debtor on any of debtor's obligations except the mortgage owed on said property. Also, debtor will be forwarding a copy of the deed to verify the property is held as tenancy by the entireties.

2. Denied as debtor's non-filing spouse is not a joint debtor on any of debtor's obligations except the mortgage owed on said property. Also, debtor will be forwarding a copy of the deed to verify the property is held as tenancy by the entireties.

3. Admitted, however, debtor is in the process of filing an amended Schedule C.

4. Admitted, however, debtor is in the process of filing an amended Schedule C.

5. Admitted, however, debtor is in the process of filing an amended Schedule C.

6. Admitted, however, debtor is in the process of filing an amended Schedule C.

WHEREFORE, Debtor(s) pray this Honorable Court will allow Debtor's exemptions as amended.

         */s/ Brian D. Rodriguez*
         Brian D. Rodriguez (P57194)
         GOLD, LANGE & MAJOROS, PC
         24901 Northwestern Hwy., Suite 444
         Southfield, MI 48075
         (248) 350-8220
         brodriguez@glmpc.com